# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHARLES R. SALEMI

VERSUS

TMR EXPLORATION, INC., PARK
EXPLORATION, INC. AND VITOL
RESOURCES, INC., ET AL

NO. 2019 CW 0382

AUG 1 9 2019

---

In Re: Vitol Resources, Inc. of Delaware and St. Paul Fire
and Marine Insurance Company, applying for supervisory
writs, 18th Judicial District Court, Parish of West
Baton Rouge, No. 1041553.

---

**BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DISMISSED.** This writ application is dismissed pursuant
to relators' motion to dismiss filed on August 1, 2019, which
advised that the parties settled all claims and controversies
existing between them in this matter and requested that this
writ application be dismissed.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT